IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| CAROLYN BALDWIN,<br><br>Plaintiff,<br><br>vs.<br><br>ERIE PARTNERS II LLC and<br>HSP ENERGY INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>Case No. 1:24-CV-02732 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CAROLYN BALDWIN, and Defendants, ERIE PARTNERS II LLC and HSP ENERGY INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 28th day of December, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*____________
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s/ Serena L. Hendon*
Serena L. Hendon, Esq.
Montgomery Litle & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
Tel: (303) 773-8100
Email: shendon@montgomerylittle.com

Attorney for Defendant, Erie Partners II LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of December 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL